IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERRY SWAIN, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 21-4194 |

## ORDER

**AND NOW**, this 25th day of August 2022, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 6) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall: (a) reconsider whether Plaintiff's asthma, sleep apnea and rheumatoid arthritis are severe impairments; (b) regardless of that determination, the ALJ shall explicitly include limitations caused by these impairments in combination with Plaintiff's severe impairments; and (c) reconsider whether Plaintiff can frequently perform gross and fine finger manipulations.

**BY THE COURT**:

_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge